```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                  Case No. 07-cr-234-PB

**Nicholas Gomez**

### O R D E R

The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case, citing a scheduling conflict and the need for additional time to finalize plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 6, 2008 to July 8, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 29, 2008 final pretrial conference is continued to June 24, 2008 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 2, 2008

cc: Jonathan Saxe, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal